1   KAREN P. HEWITT
    United States Attorney
2   JOSEPH J.M. ORABONA
    Assistant United States Attorney
3   California State Bar No. 223317
    United States Attorney's Office
4   880 Front Street, Room 6293
    San Diego, California 92101-8893
5   Telephone: (619) 557-5610
    Facsimile:  (619) 235-2757
6   Email: joseph.orabona@usdoj.gov

7   Attorneys for Plaintiff
    United States of America

8

9

10                          UNITED STATES DISTRICT COURT

11                       SOUTHERN DISTRICT OF CALIFORNIA

12
    UNITED STATES OF AMERICA,           )    Criminal Case No. 08CR7003-IEG
13                                       )
                        Plaintiff,       )
14                                       )    **NOTICE OF APPEARANCE**
                    v.                   )
15                                       )
    THOMAS KERNS,                        )
16                                       )
                        Defendant.       )
17  _____ )

18

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21  above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

22  under CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26  activity in this case:

27      <u>Name</u>

28      None

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

"U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

association):

<u>Name</u>

None


Please call me at the above-listed number if you have any questions about this notice.

DATED: March 14, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*

JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )    Case No. 08CR7003-IEG
                                        )
                Plaintiff,              )
                                        )
        v.                              )
                                        )    **CERTIFICATE OF SERVICE**
THOMAS KERNS,                           )
                                        )
                Defendant.              )
                                        )

IT IS HEREBY CERTIFIED THAT:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age.

My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance as lead counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.  Merle N. Schneidewind
    Law Office of Merle N. Schneidewind
    555 Saturn Boulevard, Suite B-504
    San Diego, California 92154
    Tel:   (619) 575-2120
    Fax:  (619) 575-2170
    Email: atymerle@pacbell.net
    *Lead Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2008.

/s/ **𝓙𝓸𝓼𝓮𝓹𝓱 𝓙.𝓜. 𝓞𝓻𝓪𝓫𝓸𝓷𝓪**
JOSEPH J.M. ORABONA
Assistant United States Attorney