AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN ___ DISTRICT OF ___ CALIFORNIA

08 MAR 14 PM 2:31

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Thomas Kerns

**SUMMONS IN A CRIMINAL CASE**

BY: _____ DEPUTY

Case Number: 08cr7003-IEG

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court for the Southern District of California<br>940 Front Street<br>San Diego, California 92101 | Courtroom 1 |
| Before: The Honorable Chief Judge Irma E. Gonzalez | Date and Time<br>March 17, 2008   9:00am |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   **X** Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

_____
Signature of Issuing Officer

March 7, 2008
Date

J. Haslam, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|

| Service was made by me P. Leon | Date 3/12/08 TK |
|---|---|

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 303 H St, Chula Vista, CA TK.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned _____
   Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.