PROB 12B
(04/08)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

June 5, 2008

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Thomas Kerns (English)     **Dkt No.:** 08-CR-7003-001-IEG

**Name of Sentencing Judicial Officer:** The Honorable Irma E. Gonzalez, Chief U.S. District Judge

**Sentence:** Time served, 2 years supervised release. (*Special Conditions: See Attached Judgment and Commitment Order.*)

**Date of Sentence:** March 17, 2008     **Date Supervised Release Commenced:** March 17, 2008

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

Participate in a program of mental health treatment as directed by the probation officer, *take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission.* The court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on ability to pay.

### CAUSE

Subsequent to the recent revocation of supervision, Your Honor imposed a mental health condition. However, the court specifically clarified that Mr. Kerns was not allowed to take psycho tropic medication without notifying, and obtaining, the court's approval. On May 28, 2008, Mr. Kerns was evaluated by Dr. Jason Kornberg, a consulting psychiatrist with Sharper Future, one of the probation office's contract providers. Dr. Kornberg reported that the offender suffers from a probable Major Depressive Disorder, manifesting itself in multiple major depressive episodes, and that the offender could benefit from taking Escitalpram, 5 mg.

PROB 12B

Name of Offender: Thomas Kerns                                                      June 5, 2008
Docket No.: 08-CR-7003-001-IEG                                                               Page 2

In light of this information, we are requesting that Your Honor modify the conditions of supervision allowing the offender to take psycho tropic medications as prescribed by the psychiatrist. Mr. Kerns has agreed to this modification as evidenced by his signature on the attached form 49.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:  June 5, 2008**

Respectfully submitted:                                    Reviewed and approved:

by _____          _____
   Patricia León                                            Robert J. Walford
   U.S. Probation Officer                                    Supervising U.S. Probation Officer
   619-409-5109

Attachments

**THE COURT ORDERS:**

___X___    The Modification of Conditions as Noted Above

_____    Other _____

_____          ___6/6/08___
The Honorable Irma E. Gonzalez                                Date
Chief U.S. District Judge

                                                                            EOA